ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mbah Mankah Melvis, | No.    CV-26-2382-PHX-MTL (CDB) |
| Petitioner, | |
| v. | **ORDER** |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.)

Petitioner challenges her present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing her detention is prolonged and there is no significant probability of her removal in the reasonably foreseeable future. (Doc. 1.) Petitioner was ordered removed from the United States to Cameroon in December 2025, but that order included a "but for" provision providing that if Petitioner was granted a TRIG exemption she would be entitled to asylum. Consideration of Petitioner's TRIG application—only begun after Petitioner sought relief from this Court in CV 25-04803-PHX-MTL (CDB)—remains ongoing, and she argues she has now been detained beyond the 8 U.S.C. § 1231(a)(1) period.

Respondents must respond to the Petition. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)    If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)    Respondents must respond to the Petition no later than **April 24, 2026**.

(5)    Petitioner may file a reply no later than **May 1, 2026**.

Dated this 10th day of April, 2026.

Michael T. Liburdi
United States District Judge

- 2 -